AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    3:23-CV-00405-SLC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Epic Systems Corporation** was recieved by me on **6/21/2023**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Jordan Corning**, who is designated by law to accept service of process on behalf of **Epic Systems Corporation** at **1979 Milky Way, Verona, WI 53593** on **06/21/2023** at **1:21 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 95.00 for services, for a total of $ 95.00.

I declare under penalty of perjury that this information is true.

Date:

_____
Server's signature

**Phil Szpicki**
Printed name and title

**2811 Milton Ave
Suite 404
Janesville, WI 53545**

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents to Jordan Corning who identified themselves as the co general counsel with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white male contact 45-55 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with a beard.




Tracking #: 0108921412