IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

VICTORIA ZIMMERMAN and
JEFF GREIVELDINGER, on behalf of
themselves and all others similarly situated,

      Plaintiffs,

  v.                               Case No. 23-CV-00405

EPIC SYSTEMS CORPORATION.

      Defendant.

### DEFENDANT'S MOTION TO COMPEL ARBITRATION AND TO DISMISS

Pursuant to Section 4 of the Federal Arbitration Act, 9 U.S.C. §§ 1-16 and Rule 23 of the Federal Rules of Civil Procedure, Defendant Epic Systems Corporation hereby moves this Court for an Order (i) compelling the named Plaintiffs, Jeff Greiveldinger and Victoria Zimmerman, to prosecute their claims in individual arbitration pursuant to their written arbitration agreements with Epic, and (ii) dismissing the remainder of this action. In support of this motion, Epic incorporates its Brief in Support of this Motion, the Declarations of Jennifer Peterson and Amy Bruchs, and the supporting exhibits thereto.

Dated this 28th day of July, 2023.

                                                **MICHAEL BEST & FRIEDRICH LLP**
                                                Attorneys for Defendant

                                                By:   */s/Amy O. Bruchs*
                                                       Amy O. Bruchs

MICHAEL BEST & FRIEDRICH LLP
One South Pinckney Street, Suite 700
P.O. Box 1806
Madison, WI 53701-1806
Phone: 608.283.2253
Fax: 608.283.2275
Email: aobruchs@michaelbest.com