IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

VICTORIA ZIMMERMAN and
JEFF GREIVELDINGER, on behalf of
themselves and all others similarly situated,

      Plaintiffs,

v.                                                                                         Case No. 23-CV-00405

EPIC SYSTEMS CORPORATION.

      Defendant.

## DECLARATION OF AMY O. BRUCHS

Pursuant to 28 U.S.C. § 1746, I, Amy O. Bruchs, do declare under penalty of perjury that the following is true and correct:

1. I am the attorney representing the Defendant, Epic Systems Corporation ("Epic") in the above-captioned matter. I submit this declaration in support of Epic's Brief in Support of Defendant's Motion to Compel Arbitration and to Dismiss.

2. On July 7, 2023, I provided Plaintiffs' counsel with copies of the signed Stock and Arbitration Agreements and asked that Plaintiffs voluntarily dismiss their claims and proceed in individual arbitration, based upon this Court's and the United States Supreme Court's decision in the *Lewis* case. A true and correct copy of my July 7, 2023 email is attached as Exhibit 1.

3. In a subsequent email, attached as Exhibit 2, I requested a response by July 14, 2023. Plaintiffs' counsel did not respond.

2

Dated this 28th day of July, 2023.

                                                    */s/Amy O. Bruchs*
                                                    Amy O. Bruchs