# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Victoria ZIMMERMAN and Jeff GREIVELDINGER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EPIC SYSTEMS CORPORATION,<br><br>Defendant. | Case No. 3:23-cv-405 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby dismiss this action without prejudice.

Dated:  August 29, 2023

Respectfully submitted,

**JEFF GREIVELDINGER AND VICTORIA ZIMMERMAN**

By their Counsel:

 s/Harry Niska
Samuel W. Diehl (MN#0388371)
Harry Niska (MN#0388371)
CROSSCASTLE PLLC
333 Washington Avenue N.
Ste 300-9078
Minneapolis, MN 55401
Tel: (612) 429-8100
Fax: (612) 234-4766
Email:  sam.diehl@crosscastle.com
           harry.niska@crosscastle.com